# PARKER POHL LLP

99 Park Avenue | T 212-202-8886
Suite 1510 | F 646-924-3100
New York, NY 10016 | parkerpohl.com

*The motion to seal is GRANTED.*

*The Clerk of Court is requested to terminate the motion at Dkt. 94.*

Shelly L. Friedland
shelly.friedland@parkerpohl.com

*SO ORDERED.*

September 27, 2024

*Arun Subramanian, U.S.D.J.*
*Dated: October 1, 2024*

**Via ECF**

Honorable Arun Subramanian
United States District Court, SDNY
500 Pearl Street, Courtroom 15A
New York, NY 10007

> Re: <u>Milazzo v. Bank of New York Mellon</u>, Case No. 23-cv-5427

Dear Judge Subramanian:

     We represent Plaintiff Steven Milazzo. We write pursuant to the Court's Individual Practices Rule 11 and Section 8 of the Protective Order (ECF Doc. 30) to respectfully request leave to redact its memorandum of law and certain exhibits in support of Plaintiff's Motion for Leave to Amend Its Amended Complaint, filed today.

     The Protective Order requires that any party seeking to file documents designated "Confidential" request leave to file them under seal. (*See* ECF Doc. 30, § 8) In an email exchange on September 26 and 27, 2024, my colleague Wendy Tannenbaum asked for Defendant's counsel's consent to file on the public docket excerpts from deposition testimony that quote from or describe the contents of exhibits that have been marked Confidential, and which identify certain non-party individuals. Counsel declined to consent. We have notified Defendant that, pursuant to Rule 11(C)(i) of the Court's Individual Practices, Defendant must submit a letter explaining the need for the redactions.

     Accordingly, Plaintiff respectfully requests leave (a) to redact quotations and descriptive references to the confidential documents in the memorandum and Exhibits A, B, C, and D, and (b) to identify certain non-party individuals as Employee A, Employee B, and Employee C, and to file unredacted versions of these documents under seal.

     Thank you for the Court's consideration of this submission.

Respectfully submitted,

/s/ *Shelly L. Friedland*
Shelly L. Friedland