# PARKER POHL LLP

99 Park Avenue
Suite 1510
New York, NY 10016

T 212-202-8886
F 646-924-3100
parkerpohl.com

M. Todd Parker
todd.parker@parkerpohl.com

February 27, 2025

*The request is GRANTED. The parties should coordinate with the Clerk of Court to make the necessary replacements.*

*The Clerk of Court is directed to terminate the motion at Dkt. 159.*

*SO ORDERED.*

*Arun Subramanian, U.S.D.J.*
*Dated: February 27, 2025*

**Via ECF**

Honorable Arun Subramanian
United States District Court, SDNY
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   *Milazzo v. Bank of New York Mellon*, Case No. 23-cv-5437

Dear Judge Subramanian:

We represent Plaintiff Steven Milazzo. We write pursuant to Rule 11 of Your Honor's Individual Practices, Section 8 of the Protective Order (ECF Doc. 30), and ECF Filing Rule 21.7. We respectfully request that the Court seal certain documents and permit Plaintiff to replace other documents with versions of those same documents containing additional redactions. Defendant's counsel consents to this request.

We realized yesterday that certain documents filed in connection with the summary judgment briefing contained the same inadvertent mistake: they contained information from a Stipulation previously designated Confidential. As soon as we realized the error, we notified Defendant's counsel and asked the ECF clerk to temporarily seal the documents, which we understand has happened.

The two exhibits at issue are ECF Doc. 131-37 and ECF Doc. 153-22 (both copies of the same Stipulation). That Stipulation is then quoted in Plaintiff's Memos of Law and 56.1 Statements in connection with the summary judgment briefing (ECF Docs. 128, 129, 151 and 152).

We respectfully request that the Court Order that: (1) ECF Docs. 131-37 and 153-22 be permanently sealed; and (2) Plaintiff be permitted to replace ECF Docs. 128, 129, 151, and 152 with the same versions of the documents previously filed on the docket, but with necessary additional redactions.

We apologize for this inadvertent error and thank the Court for its consideration of this submission. If there is anything further we need to do to correct these filings, we will do so promptly upon direction from the Court.

Respectfully submitted,

   /s/ *M. Todd Parker*
M. Todd Parker