UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MILAZZO,

Plaintiff,

-against-

BANK OF NEW YORK MELLON
CORPORATION,

Defendant.

23-cv-5437 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The April 28 final pretrial conference is ADJOURNED *sine die*. By April 28, the parties should submit their trial availability to the Court, in line with the Court's directions at Dkt. 176.

SO ORDERED.

Dated: April 21, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge