UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MILAZZO,<br><br>      Plaintiff,<br><br>   -against-<br><br>BANK OF NEW YORK MELLON CORPORATION,<br><br>      Defendant. | 23-cv-5437 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The Court will hold a hearing on the parties' pending motions for summary judgment, *see* Dkts. 119, 127, at **10 AM** on **Wednesday, July 30** in **Courtroom 15A, 500 Pearl Street, New York, NY 10007.**

  SO ORDERED.

Dated: July 25, 2025
   New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge