# PARKER POHL LLP

99 Park Avenue | T 212-202-8886
Suite 1510 | F 646-924-3100
New York, NY 10016 | parkerpohl.com

M. Todd Parker
todd.parker@parkerpohl.com

July 25, 2025

**Via ECF**
Honorable Arun Subramanian
United States District Court, SDNY
500 Pearl Street, Courtroom 15A
New York, NY 10007

Re:   *Steven Milazzo v. Bank of New York Mellon*, Case No. 23-cv-5437 (AS)

Dear Judge Subramanian:

We represent Plaintiff Steven Milazzo in the above-referenced action. We write jointly with counsel for Defendant to respectfully request a brief adjournment of the hearing on the parties' motions for summary judgment that the Court just scheduled for July 30, 2025. (ECF Doc. 183).

While we thank the Court for scheduling the hearing, lead trial counsel for both parties are unavailable on July 30. Plaintiff's counsel is out of town the entire week of July 28 for a long-planned vacation, and Defendant's counsel is scheduled to attend and lead a meeting in Springfield, Massachusetts that day.

The parties are available the entire week of August 4, and respectfully ask the Court to reschedule the hearing for that week if possible on a day and time convenient to the Court.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ M. Todd Parker
M. Todd Parker

cc:   All Counsel via ECF

The request is GRANTED in part. The conference is ADJOURNED to August 12 at 10 AM.

The Clerk of Court is directed to terminate the motion at Dkt. 184.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: July 28, 2025