UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN MILAZZO,

                Plaintiff,

-against-                   23-cv-5437 (AS)

BANK OF NEW YORK MELLON CORPORATION,        ORDER

                Defendant.

ARUN SUBRAMANIAN, United States District Judge:

For the reasons stated on the record at the August 12, 2025 hearing:

1. Milazzo's motion to dismiss or in the alternative for summary judgment on BNY's counterclaim is DENIED and his motion for summary judgment on BNY's after-acquired evidence defense is DENIED.

2. BNY's motion for summary judgment as to Milazzo's quasi-contract claims is GRANTED; and its motion is otherwise DENIED.

The Clerk of Court is respectfully requested to terminate Dkts. 119, 137. The parties are permitted to raise in connection with their motions *in limine* the outstanding issues identified at the hearing.

SO ORDERED.

Dated: August 13, 2025
       New York, New York

                                      ARUN SUBRAMANIAN
                                      United States District Judge