# Morgan Lewis

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

September 17, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Court,
Southern District of New York
500 Pearl St., New York, NY 10007

Re:   *Steven Milazzo. v. Bank of New York Mellon Corporation,* 1:23-cv-05437-AS

Dear Judge Subramanian:

Counsel for the Parties continue to work diligently with one another on their proposed jury instructions and verdict form. In the interest of having as much of those submissions as possible be agreed upon by the Parties, we respectfully request a further one day extension, until tomorrow, to submit those materials.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Christopher Parlo*
Christopher Parlo

c:   All counsel of record (via ECF)

GRANTED. If it's helpful, the parties can take until Monday, September 22, 2025 to get those submissions in.

The Clerk of Court is directed to terminate the motion at Dkt. 210.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: September 17, 2025

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060
United States

☎ +1.212.309.6000
📠 +1.212.309.6001