

**Christopher A. Parlo**
Partner
+1.212.309.6062
chris.parlo@morganlewis.com

October 3, 2025

> The parties' joint request is GRANTED. The Court will not entertain further extension requests on this issue.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J
> Date: October 6, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Court,
Southern District of New York
500 Pearl St., New York, NY 10007

Re:   *Steven Milazzo. v. Bank of New York Mellon Corporation,* 1:23-cv-05437-AS

Dear Judge Subramanian:

We represent Defendant Bank of New York Mellon Corporation in the above-referenced matter. We write jointly with counsel for Plaintiff Steven Milazzo. Counsel for the Parties have been working cooperatively and diligently together to finalize the proposed jury instructions and verdict form for submission.

In light of the new trial date and due to minor delays from the holidays this week, the Parties respectfully request one final extension to file these submissions with the Court, until October 8, 2025. Absent exigent circumstances, the Parties believe this extension will allow the parties to submit these materials in a fashion most easily reviewed by the Court.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Christopher Parlo*
Christopher Parlo

c:   All counsel of record (via ECF)

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY 10178-0060
United States

T +1.212.309.6000
F +1.212.309.6001