UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVEN MILAZZO,<br><br>       Plaintiff,<br><br>    -against-<br><br>BANK OF NEW YORK MELLON CORPORATION,<br><br>       Defendant. | 23-CV-5437 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  For the reasons stated on the record on November 10, 2025, the Clerk of Court is directed to terminate the motions at Dkts. 196, 197, 198, 203, 228, 241, and 242.

  SO ORDERED.

Dated: November 13, 2025
    New York, New York

                    ARUN SUBRAMANIAN
                    United States District Judge