# Morgan Lewis

**Elisa C. Egonu**
Associate
+1.212.309.6043
chris.parlo@morganlewis.com

November 16, 2025

**VIA ECF**
Hon. Arun Subramanian
United States District Court,
Southern District of New York
500 Pearl St., New York, NY 10007

> GRANTED.
>
> The trial is hereby adjourned until December 16, 2025, to await the filing of the parties' stipulation of dismissal.
>
> The Clerk of Court is directed to terminate the motion at Dkt. 248.
>
> SO ORDERED.
>
> *[signature]*
>
> Arun Subramanian, U.S.D.J.
> Date: November 18, 2025

Re: **<u>Steven Milazzo. v. Bank of New York Mellon Corporation</u>, 1:23-cv-05437-AS**

Dear Judge Subramanian:

We represent Defendant Bank of New York Mellon Corporation in the above-referenced matter. We write jointly with counsel for Plaintiff Steven Milazzo to inform the Court that the parties have signed an agreement to settle this matter. Accordingly, the parties respectfully request that the Court stay the trial until on or after December 15, 2025, at which point the parties will file a stipulation of dismissal.

Thank you for your consideration of this request.

Respectfully submitted,

*/s/ Elisa Egonu*
Elisa Egonu

c:     All counsel of record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060     T +1.212.309.6000
United States               F +1.212.309.6001